# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYVEX N. BENFORD,<br><br>Defendant. | Case No. 20-CR-183-JPS<br><br>**ORDER** |

On October 6, 2020, the Grand Jury returned a two-count indictment (the "Indictment"), in which it charged Defendant with violations of 18 U.S.C. § 1591(a)(1), (b)(1)–(2), and (c). (Docket #1). On July 13, 2021, the parties entered into a plea agreement as to Count One of the Indictment. (Docket #13). Therein, the Government agreed to move to dismiss Count Two of the Indictment at sentencing. (*Id.* at 3).

On July 29, 2021, the parties appeared before Magistrate Judge Nancy Joseph for a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #16). Defendant pleaded guilty to Count One of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #17 at 1).

Thereafter, Magistrate Judge Joseph filed a Report and Recommendation, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly.

(*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), Magistrate Judge Joseph advised the parties that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, neither party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection(s) thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #17) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 19th day of August, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge